UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

Peter Raider,

                                         Plaintiff,

                   -against-

Costco Wholesale Corporation,

                                         Defendant.

---------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```
6/6/2025

**25-cv-01731-KMK-VR**

**ORDER RE STATUS CONFERENCE**

Click or tap here to enter text.

**VICTORIA REZNIK, United States Magistrate Judge:**

A Status Conference (via telephone) is hereby scheduled for **July 30, 2025 at 10:30 a.m.**

The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference. At the Status Conference, the parties should be prepared to discuss the status of discovery, their anticipated next steps, and any issues.

**SO ORDERED.**

DATED:       White Plains, New York

June 6, 2025

_____

VICTORIA REZNIK

United States Magistrate Judge